AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| -Margolis, Joan G. | District of Connecticut | 11/19/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (Recall, Part-Time) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

141 Church Street
New Haven, Connecticut 06510

---

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Family Philanthropic Funds |
| 2. Member of Board of Directors | Local Religious Organization |
| 3. Member of Board of Directors | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Margolis, Joan G. | 11/19/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Husband, Self-Employed Attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Margolis, Joan G. | 11/19/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Margolis, Joan G. | 11/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | J.P. Morgan Chase Bank, New Haven, CT, Bank Accts.& Cash Equiv. IRA | A | Interest | L | T | | | | | |
| 2. | Key Bank (fka First Niagara Bank), New Haven, Bank Accounts | A | Interest | K | T | | | | | |
| 3. | State of Israel,Bonds (Mazel Tov Savings Bonds) | A | Interest | J | T | Redeemed (part) | 11/01/18 | J | A | |
| 4. | State of Israel Bonds (7th Dev. Reg. Savings Amended Bond) | A | Interest | J | T | | | | | |
| 5. | Connecticut Light & Power Co., Preferred Stock | A | Dividend | J | T | | | | | |
| 6. | Avangrid (fka United Illuminating Co.), Common Stock | C | Dividend | L | T | | | | | |
| 7. | Puerto Rico Zero Coupon Bonds | A | Interest | J | T | | | | | |
| 8. | J.P. Morgan Fund (formerly Chase Vista Trust) | B | Interest | L | T | | | | | |
| 9. | Columbia Seligman Henderson Glob. Tech. Fund (fka Seligman) | A | Dividend | L | T | | | | | |
| 10. | Microsoft Corp., Stock | A | Dividend | M | T | | | | | |
| 11. | Fundamental Investors, Inc. | A | Dividend | L | T | | | | | |
| 12. | Growth Fund of Ameriica, Inc. | A | Dividend | L | T | | | | | |
| 13. | Capital World Growth & Income Fund | A | Dividend | L | T | | | | | |
| 14. | Small Cap World Fund, Inc. | A | Dividend | L | T | | | | | |
| 15. | New Economy Fund SBI | A | Dividend | L | T | | | | | |
| 16. | American Mutual Funds, Inc. | A | Dividend | K | T | | | | | |
| 17. | Columbia Seligman Comm. & Info. (fka Seligman Comm.), Stock | A | Dividend | L | T | Donated (part) | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Margolis, Joan G. | 11/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. J.P. Morgan Chase Corp., Stock | A | Dividend | K | T | | | | | |
| 19. Cisco Systems Inc., Stock | B | Dividend | K | T | | | | | |
| 20. Pfizer, Inc., Stock | A | Dividend | K | T | | | | | |
| 21. Amgen, Inc., Stock | A | Dividend | K | T | | | | | |
| 22. Qualcomm, Inc., Stock | A | Dividend | J | T | | | | | |
| 23. Proctor & Gamble Co., Stock | A | Dividend | K | T | | | | | |
| 24. Impact Capital Strategies Money Market (fka Wells Fargo Bank, NA) | A | Interest | M | T | | | | | |
| 25. General Electric, Stock | A | Dividend | J | T | | | | | |
| 26. AXA Equitable Fund | A | Interest | | | Distributed | 5/22/17 | K | A | Transferred to adult child |
| 27. Pub. Svc. Enter. Gr., Inc. (fka PSEG), Stock | A | Dividend | K | T | | | | | |
| 28. KeyCorp. (fka First Niagara Financial Group, LLC), Stock | A | Dividend | K | T | | | | | |
| 29. Verizon Communications, Stock | A | Dividend | K | T | | | | | |
| 30. RBC Bank Deposit Program (fka Prime Money Market Fund ) | A | Interest | | | Closed | 12/3/18 | J | A | Closed Account |
| 31. Janney Montgomery Scott, LLC Deposit Program | A | Interest | J | T | Open | 12/3/18 | J | | Opened Account |
| 32. Archer Daniels Midland Co., Stock | A | Dividend | J | T | | | | | |
| 33. Milestone Scientific, Inc., Stock | A | Dividend | J | T | | | | | |
| 34. Hamden, CT, Property (in LLC) | D | Rent | M | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Margolis, Joan G. | 11/19/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Merck & Co., Inc., Stock | A | Dividend | K | T | | | | | |
| 36. Conn ST SPL Tax Obligation R Spl, Bond | B | Interest | K | T | | | | | |
| 37. Shanghai OLED New Haven, LLC, Stock | A | Dividend | K | T | | | | | |
| 38. J.M. Smucker & Co., Stock | A | Dividend | J | T | | | | | |
| 39. Royal Dutch Shell, PLC | B | Dividend | K | T | | | | | |
| 40. Equinor ASA ADR (fka Statoil ASA) | A | Dividend | J | T | | | | | |
| 41. Thompson Reuter Corp. | C | Dividend | K | T | | | | | |
| 42. Vodafone Group PLC | A | Dividend | J | T | | | | | |
| 43. Illinois Tool Works Inc. | A | Dividend | K | T | | | | | |
| 44. Enterprise Products Partners, LP | A | Dividend | J | T | | | | | |
| 45. Manning & Napier FDNCW Pro Blend Extended Term Serv. Class A | A | Dividend | K | T | | | | | |
| 46. Prudential Premier Retirement B Series Annuity | D | Interest | L | T | | | | | |
| 47. CBOE Holdings, Inc. | A | Dividend | K | T | | | | | |
| 48. Manulife Financial Corp.. | A | Dividend | J | T | | | | | |
| 49. Novartis AG | A | Dividend | K | T | | | | | |
| 50. Connecticut St. For Issues Dated Prior to 10/19/10 | A | Interest | J | T | | | | | |
| 51. Connecticut St SPL Tax Obligation Rev. RFDG Trans Infra Serv | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Margolis, Joan G. | 11/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g,<br>div, rent,<br>or int) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Connecticut St. Ref Ser D G/O Unltd B/E | A | Interest | | | Redeemed | 11/1/18 | K | A | |
| 53. Caterpillar, Inc. | A | Dividend | K | T | | | | | |
| 54. Diebold, Inc. | A | Dividend | J | T | | | | | |
| 55. AT&T | B | Dividend | K | T | | | | | |
| 56. Realty Income Corp. REIT | B | Interest | K | T | | | | | |
| 57. Delek Group LTD, Sponsored ADR | A | Distribution | | | Sold | 9/25/18 | J | A | |
| 58. Pentair PLC, SHS | A | Distribution | J | T | | | | | |
| 59. West Haven, CT Property (owned by LLC) | | None | M | W | | | | | |
| 60. Synchrony | A | Dividend | J | T | | | | | |
| 61. SPDR Gold Trust | A | Distribution | J | T | | | | | |
| 62. IShares Russell 2000 Value ETF | A | Interest | K | T | | | | | |
| 63. Inversco Exchange Traded FD Tr. High Yield Div. Achievers, fka Line 78 | A | Int./Div. | K | T | | | | | |
| 64. Inversco Exchange Trade FD Tr II S&P Low Volatility EFT, fka Line 79 | A | Dividend | K | T | | | | | |
| 65. Inversco Exchange Traded FD Tr. II S&P Small Cap Low Votality, Line 80 | A | Dividend | K | T | | | | | |
| 66. Vanguard Index Funds Vanguard Small-Cap ETF | A | Int./Div. | K | T | | | | | |
| 67. Barclays Bank PLC Contingent Inv. Step Up Callable, Preferred Stock | B | Dividend | L | T | | | | | |
| 68. Royal Bank of Canada Barrier Enhanced Return Note | A | Interest | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Margolis, Joan G. | 11/19/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Digital Realty Trust Inc. | A | Dividend | J | T | Buy | 9/25/18 | J | | |
| 70. ETF Manager Trust/ETFMG Prime Cyber Security ETF | A | Interest | J | T | Buy | 8/24/18 | J | | |
| 71. NVent Electric PLC | A | Dividend | J | T | Spinoff<br>(from line 58) | 5/1/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Margolis, Joan G. | 11/19/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Financial Disclosure Report for 2017 was unusually complicated because we transferred multiple assets to an adult child. As a result, there were seven errors on my 2017 Report, as follows:

(1) Line 16, New World Fund, was a full, not a partial, sale;

(2) Line 17, Euro Pacific Growth Fund, was a full, not a partial sale;

(3) Line 31, AXA Equitable Fund, was transferred to our adult son, and this year's report reflects that transfer;

(4) Liine 47, Royal Dutch Shell, PLC, was a partial, not a full, sale;

(5) Line 61, Connecticut St. SPL Tax Obligation Rev. RFDG Trans Infra Serv, was a partial, not a full, redemption;

(6) Line 62, Connecticut St. Ref Ser D G/O Unltd B/E was a partial, not a full, redemption, but there was a full redemption this year, on 11/1/18; and

(7) Line 75, Synchrony, was a partial, not a full, distribution.

I apologize for these errors.

In addition, the three items in Lines 78, 79 and 80, all had name changes last year. The new names, as well as the old names, are quite lengthy, so I refer to the old names as fka Lines 78, 79 and 80, because there was not enough space to include the whole names or even abbrevications of the names.

In addition, with respect to Section 1, Position, upon the death of several elderly relatives, I became the Trustee of philanthropic funds established by my relatives with a local charity. My role with respect to these philanthropic funds is quite limited. As Trustee, my sole responsibility is to make recommendations for distributions to other charities, which recommendations can be followed or ignored by the charitable foundation which administers the funds.This charitable foundation manages millions of dollars of charitable funds (akin to a little version of the United Way), of which my relatives' philathropic funds are just a small part.   I explained this in a letter to CFD, dated July 30, 2004.

In  2018, after extensive email communications with the staff of the CFD, I became a member of the Board of Directors of this charitable foundation.  There is a separate and distinct committee that administers the assets held by this fund, which are administered by a professional  money manager.  I play no role with respect to the investment decisions and assets of this fund..  The role of the Board of Directors is to set the general policy for the charitable foundation and to resolve administrative issues that may arise from time to time regarding individual family funds, like that of my relatives.  The staff of the CFD indicated in their emails that I was permitted to serve on the Board of Directors of this charitble foundation if the organization is not solely engaged in fundraising, is not likely to be involved in adversary proceedings in any court, and does not fund other organizations' litigation efforts; all three elements are satisfied.  Obviously, if the situation were to change during my tenure as a member of the Board of Directors, I will resign from this position.

Thank you.

| Name of Person Reporting | Date of Report |
|---|---|
| -Margolis, Joan G. | 11/19/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan G. -Margolis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544